■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RUDOLPH CADOGAN, Appellant.— Appeals by defendant: (1) from a judgment of the County Court, Queens County, rendered June 7, 1956, after a jury trial, convicting him of feloniously possessing a narcotic drug (Penal Law, § 1751), and sentencing him to serve a term of 9 to 10 years; and (2) from a judgment of said court rendered November 18, 1957, resentencing him to a term of 5 to 10 years. Judgment of June 7, 1956, modified on the law, by reducing the sentence to a term of 5 to 10 years. As so modified, the judgment is affirmed. The

findings of fact implicit in the jury's verdict have been considered, and are affirmed. The original sentence imposed by the trial court exceeded the sentence prescribed by statute (Penal Law, § 2189). Judgment of November 18, 1957, resentencing defendant, affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.